UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
MARIA SONIA ARIAS VARGAS,
              Plaintiff,

v.

                  **ORDER OF DISMISSAL**

FIRST MILE SQUARE, LLC,
              Defendant.      18 CV 11255 (VB)
------------------------------------------------------x

       The Court has been advised that the parties have settled this case. (Doc. #37). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than January 6, 2020. To be clear, any application to restore the action must be filed by January 6, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

       All pending deadlines and scheduled conferences are adjourned without date.

       The Clerk is instructed to close this case.

Dated: December 5, 2019
       White Plains, NY

                                 SO ORDERED:

                                 Vincent L. Briccetti
                                 United States District Judge